1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5960
     Fax:  (415) 703-1234
8    Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

**CURTIS KIMBER,**                          C 08-2062 JSW (PR)

15
                              Petitioner,   **APPLICATION FOR**
16                                          **ENLARGEMENT OF TIME**
             v.
17
   **ED FOULK, Warden,**
18
                              Respondent.
19

20       Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 60-day enlargement of time,

21  to and including September 10, 2008, within which to file an answer to the petition for writ of

22  habeas corpus and provide the relevant state record, as required by the Court's Order to Show Cause.

23  The application is based on the file in this case and the attached declaration of Juliet B. Haley.

24  Respondent has not made any previous request.

25  ///

26  ///

27  ///

28

Application For Enlargement Of Time – *Kimber v. Foulk* –  C 08-2062 JSW (PR)

1

1     Dated: July 2, 2008

2                   Respectfully submitted,

3                   EDMUND G. BROWN JR.
Attorney General of the State of California

4                   DANE R. GILLETTE
Chief Assistant Attorney General

5

                  GERALD A. ENGLER
6                   Senior Assistant Attorney General

                  PEGGY S. RUFFRA
7                   Supervising Deputy Attorney General

8

9                   /s/ Juliet B. Haley

10

11                  JULIET B. HALEY
Deputy Attorney General
Attorneys for Respondent

12

13 20119423.wpd

14 SF2008401720

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application For Enlargement Of Time – *Kimber v. Foulk* – C 08-2062 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Curtis Kimber v. Ed Foulk, Warden**

No.:   **C 08-2062 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 2, 2008, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Curtis M. Kimber**
**NA 202929-6**
**C/O Ann P. Williams**
**2251 Nobili Ave.**
**Santa Clara, CA 95051**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 2, 2008, at San Francisco, California.

| J. Wong | J. Wong |
|---|---|
| Declarant | Signature |

20119641.wpd

1  EDMUND G. BROWN JR.
    Attorney General of the State of California
2  DANE R. GILLETTE
    Chief Assistant Attorney General
3  GERALD A. ENGLER
    Senior Assistant Attorney General
4  PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5960
     Fax:  (415) 703-1234
8    Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CURTIS KIMBER,** | C 08-2062 JSW (PR) |
| Petitioner, | **DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **ED FOULK, Warden,** | |
| Respondent. | |

I am the California Deputy Attorney General assigned to handle the above-captioned case. Respondent's Answer is due July 12, 2008.  I have not previously requested any enlargements of time in this case.

I request an additional 60 days to file a Answer for the following reason:  Petitioner entered a guilty plea and did not appeal his conviction.  Hence, no state court record was prepared. In order to respond to the instant federal habeas petition, and to comply with Habeas Rule 5, I need to have the state court proceedings transcribed.  I have assigned a paralegal to this task and he has contacted the Napa County Superior Court Clerk's Office and requested that that office contact the various court reporters who reported on petitioner's proceedings and order the proceedings

1  transcribed.  In  my experience this process takes several weeks.  Until I have a copy of the record
2  I can not respond to the claims in the petition.
3       For the above-state reasons, I respectfully request that the Court grant Respondent sixty
4  days (60), to and including September 10, 2008, in which to file an Respondent's Answer.
5       I declare under penalty of perjury that the foregoing is true and correct.
6       Executed this July 2, 2008, in San Francisco.

        /s/ Juliet B. Haley
        _____

        JULIET B. HALEY
        Deputy Attorney General
        Attorney for Respondent

20119444.wpd
SF2008401720

Declaration of Juliet Haley in Support of Application for Enlargement of Time - *Kimber v. Foulk* - C 08-2062 JSW (PR)

2