IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CURTIS KIMBER,** | C 08-2062 JSW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ED FOULK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 10, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____   _____
                                                                              The Honorable Jeffrey S. White