FILED
JUL 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CURTIS KIMBER,**<br><br>                                          Petitioner,<br><br>        v.<br><br>**ED FOULK, Warden,**<br><br>                                          Respondent. | C 08-2062 JSW (PR)<br><br>[PROPOSED] ORDER<br>(Docket No. 3) |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 10, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _07/14/08_                                       _/s/ Jeffrey White_
                                                                    The Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS KIMBER,

        Plaintiff,

v.

ED FOULK et al,

        Defendant.
_____/

Case Number: CV08-02062 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis M. Kimber
NA 202929-6
C/O Ann P. Williams
2251 Nobili Ave.
Santa Clara, CA 95051

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk